FILED
October 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003820305

LEWIS D. PARTRIDGE
Bankruptcy Trustee
P.O. Box 863
Sloughhouse, CA 95683
(916) 799-4132

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                       CASE NO. 11-21956

DRY-MIX PRODUCTS COMPANY, INC.,
A California Corporation     DCN#:     LDP-2

| | |
|---|---|
| DATE: | November 8, 2011 |
| TIME: | 9:30 am |
| COURTROOM: | 35 |
| ADDRESS: | 501 "I" Street, 6th Flr |
| | Sacramento, CA 95814 |

Debtor(s). /

**TRUSTEE'S MOTION FOR SALE OF ASSETS FREE AND
CLEAR OF LIENS AND ENCUMBRANCES**

    The Motion of LEWIS D. PARTRIDGE, as Trustee of the estate of the above-named debtor, respectfully represents:

    1.    That movant is the duly elected, qualified and acting Trustee of the estate of the above-named debtors

    2.    That movant has, as such Trustee, possession of the following asset belonging to the debtors' estate:

        4586 Hammonton Road, Marysville, Yuba County, California 95901
        Yuba County APN #'s: 018-170-012, 018-170-016 and 018-170-017

    3.    That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and said sale is for the fair market value.

1

4. The Trustee has received an offer from Will Fahy, no relationship to the debtor, for the sum of $151,001.00 cash as evidenced by the Purchase Agreement marked as **Exhibit "A"**. The sale resulted from an auction conducted by West Auctions as described in existing Court Order filed May 4th, 2011.

5. Any costs to be paid will be paid as agreed upon in the attached offer.

6. Escrow arrangements have been made with Fidelity National Title, 5120 Manzanita Avenue, Suite 100, Carmichael, CA 95608. Escrow will close once Court approval is received.

7. Any liens recorded against the property will be paid. Trustee will review the Preliminary Title Report and account for all recorded liens.

8. Any real property taxes, utility liens and other potential governmental liens will be paid from the escrow, as applicable, along with auctioneer commissions and the usual and customary escrow and title fees.

WHEREFORE, Trustee prays for an Order from this Court allowing him to sell the asset as described herein free and clear of liens and encumbrances.

DATED: October 7, 2011

/s/ LEWIS D. PARTRIDGE, TRUSTEE
PO Box 863
Sloughhouse, CA 95683
916-799-4132
Lpartridge.trustee@sbcglobal.net